

U.S. POSTAGE
PAID
SANTA ROSA, CA
95407
JUL 02, 15
AMOUNT
$2.52
1000    94102    00083549-09



RECEIVED
2015 JUN -6 P 3:38
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States District Court
450 Golden Gate Avenue, 16th floor
San Francisco, CA 94102

