

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES

              Plaintiff,

vs.

PACIFIC GAS AND ELECTRIC COMPANY

              Defendant.

CASE NO. 15 3118

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, ELIAS STAVRINIDES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?            Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NA           Net: _____

Employer: NA

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?     Yes ✔ No ___

    b. Income from stocks, bonds, or royalties?     Yes ___ No ✔

    c. Rent payments?     Yes ___ No ✔

    d. Pensions, annuities, or life insurance payments?     Yes ___ No ✔

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✔

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

  HANDIMAN/LANDSCAPING    $1000 MONTH

_____

3. Are you married?     Yes ✔ No ___

Spouse's Full Name: KRISTI STAVRINIDES

Spouse's Place of Employment: SELF-HAIRDRESSER

Spouse's Monthly Salary, Wages or Income:

Gross $ 3200      Net $ 2800

4.    a. List amount you contribute to your spouse's support: $ 0.00

     b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?    Yes ____ No **✔**

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes **✔** No ____

Make **CHEV**_____ Year **2008**_____ Model **PICKUP**_____

Is it financed? Yes **✔** No _____ If so, Total due: $ **2000**_____

Monthly Payment: $ **400**_____

7.    Do you have a bank account? Yes ____ No **✔** (Do not include account numbers.)

Name(s) and address(es) of bank: **NA**_____

_____

Present balance(s): $ **NA**_____

Do you own any cash? Yes **✔** No ____ Amount: $ **300.00**_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)    Yes ____ No **✔**

_____

8.    What are your monthly expenses?

Rent: $ **0.00 LIVE WITH PARENTS**_____ Utilities: **0.00**_____

Food: $ **400.00**_____ Clothing: **200.00**_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| NA | $ | $ |
|  | $ | $ |
|  | $ | $ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

- 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  NA

7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  _____7-2-15_____            _____E S____ (signature)
12        DATE                         SIGNATURE OF APPLICANT