# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ELIAS STAVRINIDES | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. CV 15 3118 KAW |
| PACIFIC GAS AND ELECTRIC COMPANY | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG, AGENT FOR PROCESS
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ELIAS STAVRINIDES
11041 MAIN STREET, STE 511238
PENNGROVE, CALIFORNIA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*