AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

**FILED**
JUL 29 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Action No. 2015-CV-03118  KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PACIFIC GAS AND ELECTRIC COMPANY
was received by me on *(date)* 07/24/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TONY WONG (ASIAN MALE, 5 FT, GRY HR, 125 LB), who is designated by law to accept service of process on behalf of *(name of organization)* PACIFIC GAS AND ELECTRIC COMPANY on *(date)* 07/24/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/24/2015

*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928
*Server's address*

Additional information regarding attempted service, etc: