1  SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
      Blaise S. Curet, #124983
2      bcuret@spcclaw.com
      Lindsey A. Morgan, #274214
3      lmorgan@spcclaw.com
   Two Embarcadero Center, Suite 1410
4  San Francisco, California 94111
   Tel.: (415) 352-6200; Fax: (415) 352-6224
5
   Attorneys for Defendant PACIFIC GAS AND
6  ELECTRIC COMPANY

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ELIAS STAVRINIDES, | CASE NO. 4:15-CV-03118-KAW |
| 12            Plaintiff, | **STIPULATION EXTENDING DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)** |
| 13        vs. | |
| 14  PACIFIC GAS AND ELECTRIC COMPANY, | |
| 15            Defendant. | Current deadline: August 14, 2015<br>New deadline:     September 4, 2015 |

1   Pursuant to Local Rule 6-1(a), the parties stipulate that the last day for Defendant
2   Pacific Gas and Electric Company ("PG&E") to respond to the Complaint filed by Plaintiff
3   Elias Stavrinides ("Stavrinides") is September 4, 2015.

4   This is the first extension of time granted to PG&E in this matter. This stipulation
5   will not alter the date of any event or deadline already fixed by Court order.

DATED: August 14, 2015        SINNOTT, PUEBLA,
                              CAMPAGNE & CURET, APLC

                              By: /s/Lindsey A. Morgan
                                  BLAISE S. CURET
                                  LINDSEY A. MORGAN
                                  Attorneys for Pacific Gas and Electric
                                  Company


DATED: August 13, 2015        ELIAS STAVRINIDES


                              By: /s/Elias Stavrinides
                                  ELIAS STAVRINIDES
                                  Plaintiff
                                  *[with written permission given on August 13, 2015, a copy of which is maintained in the records of counsel for PG&E pursuant to L.R. 5-1(i)(3)]*

# PROOF OF SERVICE

I, Lindsey A. Morgan, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, Suite 1410, San Francisco, California 94111. I am counsel of record for the defendant in this action.

On August 14, 2015, I caused the **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(A)** to be served upon the parties listed:

**VIA U.S. MAIL AND E-MAIL**
Elias Stavrinides
11041 Main Street, Ste. 511238
Penngrove, CA 94951
(707) 483-7689
punchdrunk76@gmail.com
*PRO SE*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Sinnott, Puebla, Campagne & Curet, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 14th day of August, 2015.

By: /s/Lindsey A. Morgan
LINDSEY A. MORGAN
Attorneys for Pacific Gas and Electric Company