SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
Lindsey A. Morgan, #274214
lmorgan@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | CASE NO. 4:15-CV-03118-KAW<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FRCP 7.1 & LR 3-15 BY DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY** |

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, Defendant Pacific Gas and Electric Company ("Defendant"), by and through its undersigned counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Pacific Gas and Electric Company, defendant; and

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

2. PG&E Corporation, the publicly traded parent company of Pacific Gas and Electric Company.

DATED: September 4, 2015

Respectfully submitted,

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC

By: s/Lindsey A. Morgan
BLAISE S. CURET
LINDSEY A. MORGAN
Attorneys for Defendant Pacific Gas and Electric Company

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

# PROOF OF SERVICE

I, Lindsey A. Morgan, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, Suite 1410, San Francisco, California 94111. I am counsel of record for the defendant in this action.

On September 4, 2015, I caused the **DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FRCP 7.1 & LR 3-15 BY DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY** to be served upon the parties listed:

<u>**VIA U.S. MAIL**</u>
Elias Stavrinides
11041 Main Street, Ste. 511238
Penngrove, CA  94951
(707) 483-7689
punchdrunk76@gmail.com
*PRO SE*

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Sinnott, Puebla, Campagne & Curet, APLC's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 4th day of September, 2015.

By: /s/Lindsey A. Morgan
LINDSEY A. MORGAN
Attorneys for Pacific Gas and Electric Company