SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
Lindsey A. Morgan, #274214
lmorgan@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant PACIFIC GAS AND
ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Defendant. | CASE NO. 4:15-CV-03118-KAW<br><br>**NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Time: 11:00 a.m.<br>Date: October 15, 2015<br>Courtroom: To be assigned<br><br>Magistrate Kandis A. Westmore |

Defendant Pacific Gas and Electric Company ("PG&E") hereby submits this Notice of Non-Receipt of Opposition to PG&E's Motion to Dismiss (the "Motion"). PG&E filed and served the Motion on September 4, 2015. (Dkt. No. 11) Under Local Rule 7-3(a), plaintiff Elias Stavrinides ("Plaintiff") was required to oppose the motion by September 21, 2015 (14 days after the motion was filed, plus an additional three days because the motion was not served through the Court's Electronic Case Filing system). As of the date of this Notice of Non-Receipt of Opposition, however, Plaintiff has failed to file or serve PG&E with any opposition to the Motion, and no opposition appears on the Court's docket.

Pursuant to the standing order of Magistrate Judge Kandis A. Westmore, "The failure of the opposing party to file a memorandum of points an authorities in opposition to any motion shall constitute consent to the granting of the motion." (Dkt. 4-1, p. 7, ¶ 22) Accordingly, based on Plaintiff's failure to oppose the Motion, and for all the reasons stated in the Motion, PG&E respectfully requests that the Court grant the Motion to Dismiss and dismiss the Complaint in its entirety against PG&E.

DATED: September 28, 2015    Respectfully submitted,

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC


By: s/Lindsey A. Morgan
    BLAISE S. CURET
    LINDSEY A. MORGAN
    Attorneys for Defendant Pacific Gas and Electric Company

# PROOF OF SERVICE

I, Lindsey A. Morgan, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, Suite 1410, San Francisco, California 94111. I am counsel of record for the defendant in this action.

On September 28, 2015, I caused the **NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS** to be served upon the parties listed:

**VIA U.S. MAIL**
Elias Stavrinides
11041 Main Street, Ste. 511238
Penngrove, CA 94951
*PRO SE*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Sinnott, Puebla, Campagne & Curet, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 28th day of September, 2015.

By: /s/Lindsey A. Morgan
LINDSEY A. MORGAN
Attorneys for Pacific Gas and Electric Company