SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
Lindsey A. Morgan, #274214
lmorgan@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Defendant. | CASE NO. 4:15-CV-03118-KAW<br><br>**NOTICE OF APPEARANCE OF BLAISE S. CURET AS ATTORNEY FOR DEFENDANT, PACIFIC GAS AND ELECTRIC COMPANY** |

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Blaise S. Curet of the law firm Sinnott Puebla Campagne & Curet APLC hereby notes his appearance as counsel of record for Defendant Pacific Gas and Electric Company.

DATED: September 29, 2015

Respectfully submitted,

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC

By: s/Blaise S. Curet
BLAISE S. CURET
LINDSEY A. MORGAN
Attorneys for Defendant Pacific Gas and Electric Company

# PROOF OF SERVICE

I, Blaise S. Curet, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, Suite 1410, San Francisco, California 94111. I am counsel of record for the defendant in this action.

On September 29, 2015, I caused the **NOTICE OF APPEARANCE OF BLAISE S. CURET AS ATTORNEY FOR DEFENDANT, PACIFIC GAS AND ELECTRIC COMPANY** to be served upon the parties listed:

**VIA U.S. MAIL**
Elias Stavrinides
11041 Main Street, Ste. 511238
Penngrove, CA 94951
*PRO SE*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Sinnott, Puebla, Campagne & Curet, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 29th day of September, 2015.

By: / s/Blaise S. Curet
BLAISE S. CURET
Attorney for Pacific Gas and Electric Company