UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 15-cv-03118-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 11 |

Elias Stavrinides ("Plaintiff") proceeds *pro se* in this action against the Pacific Gas and Electric Company ("Defendant").

On September 4, 2015, Defendant filed a motion to dismiss and served Plaintiff with a copy of the motion by mail. (Def.'s Mot., Dkt. No. 11.) Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on September 21, 2015. As of the filing of this order, Plaintiff has not filed an opposition to the motion, which is currently set for hearing on October 15, 2015.

Accordingly, the Court orders Plaintiff (1) to show cause, in writing, why his case should not be dismissed for failure to prosecute, and (2) file either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss. Plaintiff's written response to this order to show cause and his opposition or statement of non-opposition to the motion to dismiss shall be filed as separate documents. Both documents shall be filed by no later than October 15, 2015. Failure to timely file both documents may result in dismissal of this action. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion.").

To aid in his compliance with this order, Plaintiff may wish to contact the Federal Pro

Bono Project's Help Desk—a free service for *pro se* litigants—by calling (415) 782-8982. The Court has also adopted a manual for use by *pro se* litigants, which may be helpful to Plaintiff. This manual, and other free information is available online at: http://cand.uscourts.gov/proselitigants.

Furthermore, as Plaintiff has not consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c), Plaintiff shall complete the attached consent/declination form and file it with the Court by no later than October 15, 2015.

The case management conference currently scheduled for October 6, 2015 is CONTINUED to December 29, 2015. The hearing currently scheduled for October 15, 2015 is VACATED.

IT IS SO ORDERED.

Dated: 09/29/2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s). | Case No.<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____, 20__   NAME: _____

COUNSEL FOR

(OR "PRO SE"): _____

_____
*Signature*

3