UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No.  15-cv-03118-KAW<br><br>**ORDER REASSIGNING CASE; VACATING ORDER TO SHOW CAUSE** |

On October 6, 2015, Plaintiff Elias Stavrinides filed a declination to proceed before the undersigned.  Accordingly, the Clerk shall reassign this case to a district judge.  The Court hereby VACATES the order to show cause issued on September 29, 2015.

IT IS SO ORDERED.

Dated: 10/08/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge