SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
  Blaise S. Curet, #124983
  bcuret@spcclaw.com
  Lindsey A. Morgan, #274214
  lmorgan@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Defendant. | CASE NO. 4:15-CV-03118-WHA<br><br>**RE-NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT BY DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY**<br><br>**[RE-NOTICED AFTER PLAINTIFF'S DECLINATION OF MAGISTRATE JURISDICTION IN RESPONSE TO OSC]**<br><br>Time:　8:00 a.m.<br>Date:　November 19, 2015<br>Courtroom:　8, 19th Floor<br><br>The Honorable William H. Alsup |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　PLEASE TAKE NOTICE that on November 19, 2015, at 8:00 a.m. in courtroom 8 of the above-titled court, located at 450 Golden Gate Avenue, San Francisco, California 94102, the Honorable William H. Alsup presiding, defendant Pacific Gas and Electric Company ("PG&E") will and hereby does move this Court

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111
TEL (415) 352-6200 • FAX (415) 352-6224

for an Order, pursuant to Rule 12(b)(6) and Rule 11 of the Federal Rules of Civil Procedure, dismissing the claims in the complaint.

This motion was previously noticed and set for hearing on October 15, 2015 at 11:00 a.m. before Magistrate Judge Kandis A. Westmore [Dkt. No. 11], and is re-noticed pursuant to the Court's order reassigning case [Dkt. No. 21].

DATED: October 9, 2015

Respectfully submitted,

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC

By: s/Lindsey A. Morgan
BLAISE S. CURET
LINDSEY A. MORGAN
Attorneys for Defendant Pacific Gas and Electric Company

# PROOF OF SERVICE

I, Lindsey A. Morgan, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, Suite 1410, San Francisco, California 94111. I am counsel of record for the defendant in this action.

On October 9, 2015, I caused the **RE-NOTICE OF MOTION TO DISMISS COMPLAINT BY DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY** to be served upon the parties listed:

<u>**VIA U.S. MAIL**</u>
Elias Stavrinides
11041 Main Street, Ste. 511238
Penngrove, CA  94951
(707) 483-7689
*PRO SE*

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Sinnott, Puebla, Campagne & Curet, APLC's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 9th day of October, 2015.

By: /s/Lindsey A. Morgan
    LINDSEY A. MORGAN
    Attorneys for Pacific Gas and Electric Company

1