IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 15-03118 WHA

**ORDER TO SHOW CAUSE**

In this debt collection action, defendant PG&E filed a motion to dismiss on September 4. *Pro se* plaintiff Elias Stavrinides' response was due on September 18. After plaintiff failed to file any response, Magistrate Judge Kandis Westmore, who then presided over the case, issued an order for plaintiff to show cause, by October 15, as to why he did not timely respond to defendant's motion (Dkt. No. 18). Plaintiff did not respond to that order. By **NOON ON OCTOBER 27, 2015**, plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for failure to prosecute. By the same date, plaintiff must also file either an opposition to the motion to dismiss or a statement of non-opposition. Failure to respond, or to show sufficient cause as to why plaintiff has not responded to previous orders, will result in dismissal of the case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE