IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 15-03118 WHA

**ORDER DISMISSING CASE**

In this debt collection action, defendant PG&E filed a motion to dismiss on September 4. *Pro se* plaintiff Elias Stavrinides' response was due on September 18. After plaintiff failed to file any response, Magistrate Judge Kandis Westmore, who then presided over the case, issued an order for plaintiff to show cause, by October 15, as to why he did not timely respond to defendant's motion (Dkt. No. 18). Plaintiff did not respond to that order. The case was then reassigned to the undersigned judge. A second order to show cause requested that plaintiff show cause, in writing, why this case should not be dismissed for failure to prosecute by Noon on October 27. The order warned that failure to respond, or to show sufficient cause as to why plaintiff has not responded to previous orders, would result in dismissal of the case for failure to prosecute (Dkt. No. 26). Plaintiff again failed to file any response. This case is hereby **DISMISSED FOR FAILURE TO PROSECUTE**. The **CLERK SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE