



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

MOVED LEFT NO ADDRESS
ATTEMPTED - NOT KNOWN
CLAIMED - ORDER EXPIRES
NO SUCH STREET / REFUSED
INSUFFICIENT NUMBER
FORWARD

RECEIVED
DEC 01 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Not Jury

NIXIE    957    SE    1    0011/23/15
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 9410234899    *1340-07930-17-42

UNITED STATES POSTAGE
$00.48⁵
MAILED FROM ZIP CODE 94102

Elias Stavrinides
150 Raley Town Center, Ste 2512
Rohnert Part, CA 94928

15-cv-03118-WHA